IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FITZROY Z. WALKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:24-cv-1316-K |
| | § | |
| EVERETT FINANCIAL d/b/a | § | |
| SUPREME LENDING, STATE | § | |
| BRIDGE COMPANY, LLC and | § | |
| NATIONAL COOPERATIVE | § | |
| BANK NA, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated May 31, 2024 on Plaintiff's Motion for Temporary Restraining Order [Dkt. No. 5], the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

Plaintiff's Motion for a Temporary Restraining Order Doc. No. 4 is DENIED.

**SO ORDERED.**

**Signed July 8th, 2024.**

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE